AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| National Life Insurance Company<br><br>*Plaintiff(s)*<br>v.<br>Robert M. Gomez and First Community Bank of Arkansas as Legal Guardian of Estates of TTO and CRO<br><br>*Defendant(s)* | Civil Action No. 1:15-CV-439[MAD/CFH] |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   First Community Bank of Arkansas
1325 Harrison Street
Batesville, AR 72501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   G. Kimball Williams, Esq.
McNamee, Lochner, Titus & Williams, P.C.
677 Broadway
Albany, NY 12207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Clerk of Court*

Date: 04/14/2015

s/ Sue Potter
*Signature of Clerk or Deputy Clerk*

Case 1:15-cv-00439-MAD-CFH   Document 7   Filed 07/13/15   Page 2 of 2
Case 1:15-cv-00439-MAD-CFH   Document 2-1   Filed 04/14/15   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-CV-439[MAD/CFH]

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* First Community Bank of Arkansas
was received by me on *(date)* 6-24-15.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Boris A. Dover, who is designated by law to accept service of process on behalf of *(name of organization)* First Community Bank of Arkansas on *(date)* 6-29-15 ; or
3:45 P.M.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ — 0 — for travel and $ 50 for services, for a total of $ 50.00.

I declare under penalty of perjury that this information is true.

Date: 6-29-15

Terry Thompson
Server's signature

Terry Thompson / Process Server
Printed name and title

P.O. Box 2012 Batesville, AR 72503
Server's address

Additional information regarding attempted service, etc: