# McNamee, Lochner, Titus & Williams, P.C.

### ATTORNEYS AT LAW

**G. KIMBALL WILLIAMS**

*Direct Dial*
(518) 447-3311

*Direct Fax*
(518) 867-4711

williams@mltw.com

July 13, 2015

**BY ECF FILING**

Hon. Christian F. Hummel
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207-2936

    Re:    National Life Insurance Company v. Gomez et al.
              Case 1:15-CV-00439 (MAD/CFH)

Dear Judge Hummel:

    This office represents interpleader plaintiff National Life Insurance Company ("National Life") in this interpleader action brought to determine to which individual(s) the proceeds of a life insurance policy on the late Jane H. Gomez should be paid. I am writing to advise the court that, following its order granting an extension of time in which to serve the guardian of the infant interpleader defendants, such service has been effectuated (although a new guardian, who will presumably be substituting into the case, is being appointed in Arkansas).

    I am also writing to advise the court that I have requested, and counsel for interpleader defendant Robert Gomez has kindly granted, an extension of time through and including Monday, August 3, within which time plaintiff may answer the interpleader defendant Robert Gomez's counterclaim.

                               Respectfully submitted,

                  McNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.

                               G. Kimball Williams /slg

GKW:slg
cc:    Kenneth V. Gomez, Esq.