UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

NATIONAL LIFE INSURANCE COMPANY,

                    Interpleader Plaintiff

  -against-

ROBERT M. GOMEZ and FIRST COMMUNITY
BANK OF ARKANSAS AS LEGAL GUARDIAN
OF THE ESTATES OF TTO and CRO, MINORS,

                    Interpleader Defendants.
_____

**DISCLOSURE STATEMENT**

**Civil Action No.
15-CV-00439**

**MAD/CFH**

     Pursuant to Rule 7.1 of the Rules of Civil Procedure, interpleader plaintiff states that NLV Financial Corporation is the parent corporation of interpleader plaintiff and owns all of interpleader plaintiff's outstanding shares. NLV Financial Corporation is the wholly-owned subsidiary of National Life Holding Company. Neither NLV Financial Corporation nor National Life Holding Company is a public-traded corporation.

Albany, New York
December 8, 2015

                        McNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.

                        BY: _s/ G. Kimball Williams_____
                             G. Kimball Williams, Esq.
                             Bar Roll # 102827
                             *Attorneys for Interpleader Plaintiff*
                               *National Life Insurance Company*
                             677 Broadway
                             Albany, New York 12207
                             518-447-3200